**No. 38913.**—Protest 443742–G of Weiss & Biheller (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373). The claim as household utensils at 40 percent under paragraph 339 was therefore sustained.